IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Charles Weston, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 13-1171-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| Defendant. ) | |

## O R D E R

On November 5, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed April 4, 2014, [Doc. 7] and the *Brief For Defendant*, filed June 17, 2014, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**